# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ROY EDWARD SMITH | § § § | |
| v. | § § | Case No. 6:20-cv-545-JDK-JDL (Lead case) |
| JACOB PUTMAN, et al. | § § § | |
| ROY EDWARD SMITH | § § § | |
| v. | § § | Case No. 6:21-cv-37-JDK-JDL (Consolidated case) |
| VICTORIA D. MASSEY | § § § | |

## FINAL JUDGMENT

The Court, having considered Plaintiff's claims and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's claims in these actions are **DISMISSED** with prejudice until such time as Plaintiff can show that the conviction forming the basis of these claims has been overturned, expunged by executive order, declared invalid in a state collateral proceeding, or called into question through the issuance of a federal writ of habeas corpus. All pending motions are **DENIED** as **MOOT**.

The Clerk of Court is instructed to close both consolidated cases.

So **ORDERED** and **SIGNED** this **26th** day of **January, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE